PS 8(9/03)

# UNITED STATES DISTRICT COURT

### For

### DISTRICT OF OREGON

U.S.A vs. Almonzo Antonio Castaneda                    Docket No. 3:18CR00148-SI-1

TO:   any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Almonzo Antonio Castaneda | 11/7/1983 | M | W | 36 |

ADDRESS

1123 Saint John Street, Yakima, Washington 98902

TO BE BROUGHT BEFORE

**U.S. District Court, Portland, Oregon**

| **MARY L. MORAN** | **s/J. Prowell** | **06/01/2020** |
|---|---|---|
| CLERK | (BY) Deputy Clerk | DATE |

### RETURN

**Warrant received and executed.**    **DATE RECEIVED**          **DATE EXECUTED**

**EXECUTING AGENCY (NAME AND ADDRESS**

**NAME**                    **(BY)**                    **DATE**